# EXHIBIT A

## SETTLEMENT AGREEMENT

This Settlement Agreement ("**Agreement**") is made by and between LAFARRELL BUNTING("**SWEATT**" or "**Plaintiff**"), A TO Z WIRING, LLC, and RWL COMMUNICATIONS, INC. (collectively "**Defendants**").

### RECITALS

**WHEREAS**, BUNTING filed a lawsuit against Defendants in the Middle District of Florida, Case No. 5:17-cv-525-Oc-30PRL, in which BUNTING asserted a claim for unpaid overtime in violation of the Fair Labor Standards Act and a claim for breach of contract (hereinafter referred to as "the claims"); and

**WHEREAS**, the parties, upon analyzing the records and without admitting any wrongdoing, have elected to settle this matter, subject to court approval, and have placed the terms of settlement into this written Settlement Agreement;

**NOW, THEREFORE**, BUNTING and Defendants agree as follows:

1. **MONETARY CONSIDERATION:** Defendants shall pay the gross settlement sum of Two Thousand and Five Hundred Dollars and Zero Cents (**$2,500.00**), apportioned as follows:

    a. **Plaintiff's Damages:** Plaintiff LAFARRELL BUNTING will be paid the sum of **$1,666.67**, as full satisfaction for his claims for overtime, liquidated damages, and the breach of contract claim.

    b. **Attorney's Fees and Costs:** Plaintiff's attorney shall be paid **$833.33** representing attorney's fees and costs.

    c. **Taxation.** The above payments shall be paid in gross amounts with no taxes withheld. Company shall issue a Form 1099 in the appropriate amounts in 2018. BUNTING shall be responsible for any taxes associated with compensation he receives and The Law Office of Matthew Birk, LLC shall be responsible for reporting and payment of taxes associated with the sums attributable to attorney's fees and costs.

    d. **Timing of Payment:** Within ten (10) days of the date of the Order approving this settlement, Defendants shall deliver to Plaintiff's counsel the settlement check. The check shall be made payable to "**The Law Office of Matthew Birk, LLC Trust Account**" and counsel for Plaintiff shall assume responsibility for distribution.

2. **COURT APPROVAL, DISMISSAL OF COURT ACTION:** The parties direct their respective attorneys to give notice to the Court of the settlement and to file a Joint Motion to

Approve Settlement together with a copy of this Settlement Agreement. Due to the nature of FLSA claims, the parties understand that this settlement is not confidential. The parties authorize their counsel to take any necessary action to effectuate approval of the Settlement Agreement and, to the extent necessary, to engage in good faith to modify or eliminate any terms which the Court requires or declines to approve.

3. **SPECIFIC RELEASE:** BUNTING releases and discharges Defendants, its owners, officers, and employees from any and all wage related claims arising out of his employment, engagement or any services performed four on behalf of Defendants including but not limited to claims under the Fair Labor Standards Act, state law claims based on breach of contract, unpaid wages or compensation or common law claims relating to breach of contract, unpaid wages or compensation. This release does not include claims arising out of the enforcement of this Agreement.

4. **ATTORNEYS' FEES FOR ENFORCEMENT:** In the event that either party is required to initiate legal action to enforce this Agreement, the prevailing party shall be entitled to attorney's fees and costs.

5. **ENTIRE AGREEMENT:** This Agreement constitutes and contains the entire agreement and understanding between the parties and supersedes and replaces all prior agreements between the parties. This is an integrated document.

6. **SEVERABILITY:** If any provision of this Agreement or the application thereof is held invalid or unenforceable, such invalidation shall not affect other provisions or the application of this Agreement and to this end the provisions of this Agreement are declared severable. Further, the parties agree that this shall be reformed to address any invalid or unenforceable terms, as necessary.

7. **MODIFICATION:** This Agreement may not be modified except in writing or as otherwise stated herein to comply with any Court Approval of terms.

8. **NOTICES:** All notices and other communications under this Agreement shall be in writing and shall be deemed to have been duly given on the date of service if served personally on the party (including without limitation service by overnight courier service) to whom notice is to be given, or on the third business day after mailing if mailed to the party to whom notice is to be given, by first class mail, registered or certified, postage prepaid, at the address set forth below. All notices shall be addressed to the parties to be served as follows:

If to Defendants:

>Jason L. Gunter, P.A.
>1514 Broadway
>Suite 101
>Fort Myers, FL 33901

If to Plaintiff:

>The Law Office of Matthew Birk, LLC
>309 Northeast First Street
>Gainesville, FL 32601

9. **CONSTRUCTION/PARTIES REPRESENTED BY COUNSEL:** This Agreement is not to be construed against any party. All parties were participated in the preparation of this Agreement.

10. **KNOWING AND VOLUNTARY:** BUNTING acknowledges that he has been represented by counsel throughout this case and that he has been thoroughly advised regarding all of his rights. BUNTING signs this Agreement freely, knowingly and voluntarily with a full understanding of its terms and her rights.

11. **EXECUTION/ORGINALS NOT REQUIRED:** This Agreement may be signed in counterparts. A signed copy of this Agreement, if transmitted by email or fax, shall be effective and binding as if it were an original.

The parties have executed this Settlement Agreement and agree to its terms as of the date below.

**LAFARRELL BUNTING ("Bunting")**

X  *LaFarrell Bunting*

Date: 06-05-18

**A TO Z WIRING, LLC**

X _____

Name: _____

Its: _____

Date: _____

**RWL COMMUNICATIONS, INC.**

X _____

Name: _____

Its:

Case 5:17-cv-00525-JSM-PRL   Document 25-1   Filed 06/18/18   Page 6 of 7 PageID 91

The parties have executed this Settlement Agreement and agree to its terms as of the date below.

**LAFARRELL BUNTING ("Bunting")**

X _LaFarrell Bunting_ (signature)

Date: 06-05-18

**A TO Z WIRING, LLC**

X _(signature)_

Name: Jason Smith

Its: _____

Date: 6/15/18

**RWL COMMUNICATIONS, INC.**

X _____

Name: _____

Its: _____

The parties have executed this Settlement Agreement and agree to its terms as of the date below.

LAFARRELL BUNTING ("Bunting")

X  _____

Date: _____

A TO Z WIRING, LLC

X  _____

Name: _____

Its: _____

Date: _____

RWL COMMUNICATIONS, INC.

X  *Robert W Lee* (signature)

Name: Robert W. Lee

Its: President RWL

Date: 6/7/2018